# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

IN RE:                                        )
   Stephanie J. Stauffer              )      Case No. 06-30176
                                             )
                                             )
   Debtor(s)                                )
                                             )
                                             )

## ORDER DISMISSING CASE

Order of the Court dismissing this case for the reasons that (a) the Debtor has failed to file a signed Amended Petition as directed by the Court's Order to Show Cause entered on June 1, 2006, and (b) the Debtor has not filed evidence as directed by the Court's Order to Show Cause entered on June 1, 2006 that she has completed the credit briefing required of all individual debtors by Section 109(h) of the Bankruptcy Code or, alternatively, that there are exigent circumstances excusing her timely compliance with the credit briefing requirement.

SO ORDERED.

                                                                    /s/ Jerry W. Venters
                                                                     Bankruptcy Judge

Date of Issuance: June 19, 2006

THE BANKRUPTCY NOTICING CENTER WILL SERVE THIS ORDER ON ALL CREDITORS AND PARTIES.